UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA        )
                                )
v.                              )        NO. 3:09-00160
                                )        JUDGE CAMPBELL
DAVID LAMONT MARSH              )


ORDER


Pending before the Court is a Petition alleging violations of supervised release (Docket No. 68). The Court will hold a hearing on the Petition on May 2, 2013, at 1:00 p.m.

IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE