UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00160 |
| | ) | JUDGE CAMPBELL |
| DAVID LAMONT MARSH | ) | |

ORDER

The hearing on the Petition (Docket No. 68) scheduled for May 2, 2013, at 1:00 p.m. is RESCHEDULED for May 2, 2013, at 10:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE