UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00160 |
| | ) | JUDGE CAMPBELL |
| DAVID LAMONT MARSH | ) | |

ORDER

Pending before the Court is Defendant's Motion to Continue Revocation Hearing (Docket No. 85). The Motion is GRANTED.

The hearing on the Petition (Docket No. 68) is RESCHEDULED for August 19, 2013, at 2:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE