UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA     )
     )
v.     )     NO. 3:09-00160
     )     JUDGE CAMPBELL
DAVID LAMONT MARSH     )


ORDER


Pending before the Court is Defendant's Motion to Continue Revocation Hearing

(Docket No. 92). The Motion is GRANTED.

The hearing currently scheduled for March 10, 2014, is RESCHEDULED July 28, 2014,

at 2:30 p.m.

IT IS SO ORDERED.



_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE