UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-00160 |
| | ) | JUDGE CAMPBELL |
| DAVID LAMONT MARSH | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 98) alleging violations of conditions of Supervised Release. The Court will hold a hearing on December 23, 2014, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE